

## NUMBER 13-14-00494-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

REY ORTIZ,                                                                Appellant,

v.

LUIS MANUEL SINGLETERRY,                                          Appellee.

### On Appeal from the 92nd District Court
### of Hidalgo County, Texas.

## ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

Appellant, Rey Ortiz, has filed a notice of appeal from the final judgment in this case pursuant to the Texas Election Code. *See* TEX. ELEC. CODE ANN. § 232.014 (West, Westlaw through 2013 3d C.S.). According to his notice of appeal, the trial court signed an order granting attorney's fees as a sanction in this case on August 28, 2014. The trial

court has not entered an order pertaining to the deadline for filing the trial court record in the appellate court or entered any other orders to expedite the appeal. *See id.*

Accordingly, the Court orders the clerk's record and reporters' record to be filed in this cause within ten days from the date of this order. Appellant's brief will then be due within fourteen days from the date that the appellate record has been filed, and appellee's brief will be due seven days thereafter.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 8th
day of September, 2014.